# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 147 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 2540 EDA |
| | : | 2022 entered on February 13, 2024, |
| CORDELL ANTHONY LIVINGSTON, | : | **vacating and remanding** the Order |
| | : | of the Delaware County Court of |
| Petitioner | : | Common Pleas at No. CP-23-CR- |
| | : | 0001995-2021 entered on August |
| | | 31, 2022 |

## ORDER

**PER CURIAM**                                          **DECIDED: October 21, 2024**

AND NOW, this 21st day of October, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Anderson*, 340 A.3d 297 (Pa. 2025).